## GILLIE, SHERIFF *v.* MINNICH ET AL.

[Nos. 23,640 to 23,658 inclusive. Filed January 6, 1922.]

From Allen Superior Court; *William N. Ballou,* Judge.

Actions between George W. Gillie, sheriff, and Thomas Minnich and others. From a judgment in such case for the latter, the former appeals. Causes consolidated in appeal with cause No. 23,639, entitled *Gillie, Sheriff* v. *Fleming, ante* 444. *Reversed.*

*Vesey &, Vesey, Barret, Morris, Hoffman & Barett* and *A. E. Thomas,* for appellant.

*Harry H. Hilgeman, William Fruechtenicht* and *Carl Yaple,* for appellees.

EWBANK, C. J.—By agreement of parties, all of the above entitled appeals were consolidated with cause No. 23,639, entitled *Gillie, Sheriff,* v. *Fleming* (1922), *ante* 444, 133 N. E. 737, as involving the same questions of law arising upon substantially the same facts, and all were submitted for decision upon the briefs and oral argument in the one case. Upon the authority of said case each judgment in the above entitled appeals is reversed, with directions to overrule appellee's exceptions to appellant's return to the writ of *habeas corpus.*